Mark T. Clausen (Calif. SB# 196721)
Attorney at Law
818-A College Avenue
Santa Rosa, California 95404
Telephone: (707) 235-3663
Facsimile: (707) 542-9700
Email: MarkToddClausen@yahoo.com

Attorney for Plaintiff
Chiko Katiki and all Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHIKO KATIKI and all others similarly situated, | ) ) ) | Case No. C12-5519 NC |
| Plaintiffs, | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND COMPLIANCE DATES THEREON |
| vs. | ) ) | |
| TASER INTERNATIONAL INC., and DOES 1-10, inclusive, | ) ) ) | |
| Defendants. | ) ) | |

By existing Scheduling Order, the parties are due to meet and confer regarding voluntary disclosures in accordance with Federal Rules of Civil Procedure, Rule 26, by January 3, 2013, file a joint Case Management Conference (CMC) Statement which addresses matters set forth in Rules 16 & 26 by January 9, 2013 and appear for CMC for the first time on January 23, 2013.

For reasons to follow, counsel for the parties stipulate to continue the CMC to March 6, 2013 and adjust the compliance dates thereon such that counsel shall be due to meet and confer regarding voluntary disclosures in accordance with Rule 26 by February 13, 2013, and file a joint CMC Statement which addresses matters set forth in Rules 16/26 by February 20, 2013.

Defendant TASER INTERNATIONAL, INC. ("TASER"), has filed a motion to dismiss the complaint pursuant to Rules 9 and 12, which is set for hearing on January 16, 2013. A central argument pressed by the motion is that the tasers or, as they are technically known, "electronic control devices" manufactured and sold by TASER, which expel projectiles by the force of compressed nitrogen, do not meet the statutory definition of "firearm" under California law, as

alleged in the complaint. This appears to be a pure issue of law based on stipulated facts which is not subject to variance by amendment of the pleadings. A ruling in favor of TASER on this issue will likely end the case at the trial court level. A ruling in favor of TASER on other grounds may also prove dispositive of the case, for practical if not also legal reasons.

To avoid undue expense and the waste of judicial resources, counsel for the parties agree it is preferable to allow the Court to rule on the motion to dismiss before counsel meet and confer and file a joint CMC Statement in accordance with Rules 16/26 and appear on the CMC calendar. Counsel have therefore stipulated to continue the CMC from January 23, 2013 to March 6, 2013, and to adjust compliance dates accordingly.

As additional grounds for the continuance, plaintiff's counsel represents that in the 3 week period preceding the New Year, he experienced medical problems which required significant testing, a family member died and was laid to rest locally, plaintiff's counsel's younger daughter returned from 6-months of travel in Europe and India, and plaintiff's counsel's older daughter and son-in-law arrived for the Holidays and announced that they are expecting their first child, all of which combined to prevented plaintiff's counsel from fully addressing his case load. While plaintiff's counsel represents that he is able to meet the existing Rule 16/26 compliance dates in this case if pressed to do so, he would prefer to continue the compliance dates and CMC hearing as stipulated herein.

Counsel for the parties have discussed this stipulation with their respective clients and secured their consent thereto. A proposed stipulated order is submitted separately for the Court's consideration.

IT IS SO STIPULATED.

Date: January 3, 2013    By: _____
                         Mark T. Clausen,
                         Attorney for Plaintiff Chiko Katiki

Date: January 3, 2013    By: /S/ Craig Livingston
                         Craig Livingston,
                         Livingston Law Firm
                         Attorneys for Defendant Taser International, Inc.

1  Mark T. Clausen (Calif. SB# 196721)
   Attorney at Law
2  818-A College Avenue
   Santa Rosa, California 95404
3  Telephone: (707) 235-3663
   Facsimile: (707) 542-9700
4  Email: MarkToddClausen@yahoo.com

5  Attorney for Plaintiff
   Chiko Katiki and all Others Similarly Situated
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9

10 CHIKO KATIKI and all others        )  Case No. C12-5519 NC
   similarly situated,                )
                                      )  [Proposed] STIPULATED ORDER
11         Plaintiffs,                )  CONTINUING CASE MANAGEMENT
                                      )  CONFERENCE AND COMPLIANCE
12 vs.                                )  DATES THEREON
                                      )
13 TASER INTERNATIONAL INC., and      )
   DOES 1-10, inclusive,              )
14                                    )
           Defendants.                )
15 _____    )

16

17         By existing Scheduling Order, the parties are due to meet and confer regarding voluntary

18 disclosures in accordance with Federal Rules of Civil Procedure, Rule 26, by January 3, 2013, file

19 a joint Case Management Conference (CMC) Statement which addresses matters set forth in

20 Rules 16 and 26 by January 9, 2013 and appear for CMC for the first time on January 23, 2013.

21         Counsel for the parties have stipulated to continue the CMC and adjust the compliance

22 dates thereon based on the pendency of a motion by defendant TASER INTERNATIONAL, INC.,

23 to dismiss the Complaint in full pursuant to Rules 9 and 12, which may prove dispositive of the

24 case, and recent family and health matters affecting plaintiff's counsel's ability to address his case

25 load.

26         Pursuant to the stipulation of counsel for the parties, and GOOD CAUSE APPEARING,

27 the CMC is continued to March 6, 2013 and the compliance dates thereon are adjusted such that

28 counsel shall meet and confer regarding voluntary disclosures in accordance with Rule 26 by

*Katiki v. Taser International, Inc.*, C12-5519 NC – Order Continuing CMC and compliance dates thereon

1  February 13, 2013 and file a joint CMC Statement which addresses matters set forth in Rules
2  16/26 by February 20, 2013.
3        IT IS SO ORDERED.
4  Date: January  7 , 2013    By: _____
5                                      Honorable
                                    Magistrate Judge, U.S. District Court
6                                      Northern District of California

*[Stamp: IT IS SO ORDERED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]*

7                  IT IS SO STIPULATED.
8  Date: January 3, 2013    By:_____
                                  Mark T. Clausen,
9                                Attorney for Plaintiff Chiko Katiki
10
11  Date: January 3, 2013    By: */S/ Craig Livingston*
                                  Craig Livingston,
12                                Livingston Law Firm
                              Attorneys for Defendant Taser International, Inc.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28