**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHIKO KATIKI, and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TASER INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-05519 NC<br><br>**ORDER DISMISSING CASE** |

On January 15, 2013, the Court dismissed without prejudice each of plaintiff Chiko Katiki's claims. Dkt. No. 19. The Court ordered Katiki to file any amended complaint by February 5, 2013. Because Katiki has elected not to amend her complaint, the Court DISMISSES the action without prejudice under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Date: March 4, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　United States Magistrate Judge